George L. Light
(Name)

P.O. Box
(Address)

San Luis Obispo CA 93403-8103
(City, State, Zip)

G03158
(CDC Inmate No.)

FILING FEE PAID  Yes ___  No ✓
IFP MOTION FILED  Yes ✓  No ___
COPIES SENT TO  Court ✓  ProSe ___

**FILED**
JUN - 6 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# United States District Court
## Southern District of California

George L. Light,
(Enter full name of plaintiff in this action.)

                Plaintiff,

v.

Ron Watson, San Diego County Superior Court Judge
Judge Joan P. Weber
Emily Harman
Timothy M Cassanty
Judge(Enter full name of each defendant in this action.)

                Defendant(s).

'08 CV 1027 BTM WMc

Civil Case No. VC108511(A)
(To be supplied by Court Clerk) 2 PC4960

Complaint Under the
Civil Rights Act
42 U.S.C. § 1983

## A. Jurisdiction

Jurisdiction is invoked pursuant to 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you wish to assert jurisdiction under different or additional authority, list them below.

## B. Parties

1. **Plaintiff**: This complaint alleges that the civil rights of Plaintiff, George L. Light (print Plaintiff's name), who presently resides at Yard 3 Dorm 32 Bed 19u (mailing address or place of confinement) California Men's Colony 93409 P.O. Box 8103, were violated by the actions of the below named individuals. The actions were directed against Plaintiff at In Court - R. Watson, Joan P. Weber, Emily Harman, Timothy M Cassarly (Institution/place where violation occurred) on (dates) 11/21/07 (Count 1), 12/11/07 (Count 2), and 1/11/08 (Count 3).

2. **Defendants**: (Attach same information on additional pages if you are naming more than 4 defendants.)

§ 1983 SD Form
(Rev 1/01)

K:\COMMON\EVERYONE\1983\1983FORM.COM

Defendant **Joan P Weber** (name) resides in **San Diego North County** (County of residence) and is employed as a **Judge** (defendant's position/title (if any)). This defendant is sued in his/her ☐ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: She my jury Trial, but she said she the probation Hearing not go by Supreme Court Ruling e as a judge.

Defendant **R. Watson** (name) resides in **San Diego** (County of residence) and is employed as a **Attorney for State** (defendant's position/title (if any)). This defendant is sued in his/her ☐ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: The Attorney for the State not go be the Supreme Court Ruling in Court Room know the judge for a jury Trial can not be a probation Hearing judge for somone

Defendant **Emily Harmon** (name) resides in **San Diego** (County of residence) and is employed as a **Court Attorney** (defendant's position/title (if any)). This defendant is sued in his/her ☐ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: She know the court does not go by Supreme Court Ruling on Trial are probation Hearing judge on somone she can not

Defendant **Timothy M Casserly** (name) resides in **San Diego North County** (County of residence) and is employed as a **Attorney for The State** (defendant's position/title (if any)). This defendant is sued in his/her ☐ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: he the probation Hearing judge to somone I not produced for, I do not single a wayer

**C. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary.)

Count 1: The following civil right has been violated: My Right To be Fair Court and To be in for Sentence a wayer My To be The by Supreme Court Ruling

(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 1.]

R. Watson Attorney For The People in San Diego County my case in court a knife here The case number SCN229492 Not probation Hearing my probation summarily call in one for Receive Stolen Auto one. Case know 10426 RSP exess of 400.00 in 2006 The case on Receive Stolen Auto in South County San Diego not For Auto Theft with Prior are RSP exess of $400.00, are with a prior in San Diego are C.A in 1983 i in prisoner for Run fome a walk forme i got out in 1984 i come to CA to get my family somone got out MO and fine my Dad Victor D. Diamond and my Mom but some people going by my name here are Mo and Texas The sentenc i not prensent on 2/11/08 i don't way it it like i said my case a SCN 229492 i Request for a miss trial on 1/6/08 a got it The Attoney For The people the judge did not lik it so they done probation Hearing it To be for a Trial probation Hearing so the Attoney for the defendent can get him are her mor probation are off and get the case dop it Look to me my Right in court know good because The on Trial and it got the Dismissed on January, 16, 2008 The case i get sentence on 12/11/07

<u>Count 2</u>: The following civil right has been violated: a Right For a Fair CourT and a Fair Judge To The suprene CourT Ruling AT my Right.
(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

<u>Supporting Facts</u>:   [Include all facts you consider important to Count 2.  State what happened clearly and in your own words.  You need not cite legal authority or argument.  Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 2.]

Judge Weber - San Diego County, VisTa is NoRth county The Judge sentencs my on a knife case a give me 3 yare on iT on 12/11/07 in VisTa is NoRth San Diego i RegessT for a missTrial on iT on 1/6/2008 Judge Weber didn not go by The suprene CourT Ruling so Judge Weber said she The pRobaTion Hearing sentence judge but To a suprene courT Ruling a judge can not be The somone for a Trial and pRobaTion Hearing sentence judge on The some defendent by suprene CourT Rulings is for The defendent for he are her Right and The case Judge Weber sentencs my on for 3 year on 1/11/08 in noT presenT for iT The case a pRobaTion Hearing To The suprene courT Ruling The pRobaTion office goT 90 day frome The Time a defendent geT Charge for a case like The CourT geT To do a pRobaTion Hearing To befor a new case so The defendent ATorney can geT The pRobaTion To go on. are The case dop are some in a fair CourT Room but my Right in CourT To Fair CourT know good Judge Weber i goT know Right in her courT Room i know my Right She noT Right noT going by suprene CourT Ruling The judge The Receive Stolen pRopeRTy is judge Alvin E Green DepaRTmenT 010 iT noT AuTo THefT The Book 0643968 and Judge Timothy m Cassady said is a pRobaTion Hearing on 11-21-07

<u>Count 3</u>: The following civil right has been violated:_____

a. Right for a fair Court and good Attoney work for me in Court.

(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 3. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 3.]

my Attoney give To me by The County san Diego The Attoney is Emily Harman she competency To be my Attoney but Attoney Harman know i ask for a change Venue but Attoney Emily Harman got mad i said need a new Attoney so she going To The judge Kew Michael Kirkman on 08-29-07 AT 9:30 Department 005 for a request for a Mental competency Hearing on 9-17-07 8:00 AM Room 1003 Harman get mad The D.R said i me compitent Attorney Emily Harman didn't see i get a fair Trial are fair probation Hearing because somone got a Auto Theft prior a resip in 2006 like i said from Auto Theft one To Receive stolen property in 2006 in south county Chula Vista in san Diego County and Mis D. Brinson is a probation officer one Time she see know The Court not be fair because not going To be fair Mis Brinson did go by The supreme Court Ruling he a my Attoney Harman know The Case on 12/11/07 i got a miss Trial on Jan 1/16/08 To a supreme Court Ruling if The probation got a case on a defendent The Hearing on probation is To befor a sentencs on a Trial so The judge can look AT The case on hand a The Ruling The probation office said so The defendent get a fair sentencs in a Trial

D. **Previous Lawsuits and Administrative Relief**

1. Have you filed other lawsuits in state or federal courts dealing with the same or similar facts

§ 1983 SD Form

5

K:\COMMON\EVERYONE\1983\1983FORM.COM

involved in this case? ☐ Yes ☒ No.

If your answer is "Yes", describe each suit in the space below. [If more than one, attach additional pages providing the same information as below.]

(a) Parties to the previous lawsuit:
Plaintiffs: _____

Defendants: _____

(b) Name of the court and docket number: _____
_____.

(c) Disposition: [ For example, was the case dismissed, appealed, or still pending?] _____
_____.

(d) Issues raised: _____
_____
_____
_____
_____.

(e) Approximate date case was filed: _____.

(f) Approximate date of disposition: _____.

2. Have you previously sought and exhausted all forms of informal or formal relief from the proper administrative officials regarding the acts alleged in Part C above? [E.g., CDC Inmate/Parolee Appeal Form 602, etc.] ? ☐ Yes ☐ No.

If your answer is "Yes", briefly describe how relief was sought and the results. If your answer is "No", briefly explain why administrative relief was not sought.

_____
_____
_____
_____
_____
_____
_____
_____.

**E. Request for Relief**

Plaintiff requests that this Court grant the following relief:

1. An injunction preventing defendant(s): _For The defendents To dop The case's and go be The Supreme Court, Ruling in The Court Room on Cases is go be i got Some on The cases and $2000 00_

2. Damages in the sum of $ _1000 00_

3. Punitive damages in the sum of $ _1000 00_

4. Other: _____

**F. Demand for Jury Trial**

Plaintiff demands a trial by ☑ Jury ☐ Court. (Choose one.)

**G. Consent to Magistrate Judge Jurisdiction**

In order to insure the just, speedy and inexpensive determination of Section 1983 Prisoner cases filed in this district, the Court has adopted a case assignment involving direct assignment of these cases to magistrate judges to conduct all proceedings including jury or bench trial and the entry of final judgment on consent of all the parties under 28 U.S.C. § 636(c), thus waiving the right to proceed before a district judge. The parties are free to withhold consent without adverse substantive consequences.

The Court encourages parties to utilize this efficient and expeditious program for case resolution due to the trial judge quality of the magistrate judges and to maximize access to the court system in a district where the criminal case loads severely limits the availability of the district judges for trial of civil cases. Consent to a magistrate judge will likely result in an earlier trial date. If you request that a district judge be designated to decide dispositive motions and try your case, a magistrate judge will nevertheless hear and decide all non-dispositive motions and will hear and issue a recommendation to the district judge as to all dispositive motions.

You may consent to have a magistrate judge conduct any and all further proceedings in this case, including trial, and the entry of final judgment by indicating your consent below.

Choose only one of the following:

☐ Plaintiff consents to magistrate judge jurisdiction as set forth above.

OR

☐ Plaintiff requests that a district judge be designated to decide dispositive matters and trial in this case.

_5/19/08_
Date

_George Leroy Light_
Signature of Plaintiff

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**I (a) PLAINTIFFS**

George L. Light

Watson, et al

FILED
JUN - 6 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF**  San Luis Obispo
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

George L. Light
PO Box 8103
San Luis Obispo, CA 93403
G-03158

**ATTORNEYS (IF KNOWN)**

'08 CV 1027 BTM WMc

**II. BASIS OF JURISDICTION** (PLACE AN x IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) (For Diversity Cases Only)

|  | PT | DEF |  | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. CAUSE OF ACTION** (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).

42 U.S.C. 1983

**V. NATURE OF SUIT** (PLACE AN X IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| | PERSONAL INJURY | PERSONAL INJURY | | | |
| ☐ 110 Insurance | ☐ 310 Airplane | ☐ 362 Personal Injury- Medical Malpractice | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ Marine | ☐ 315 Airplane Product Liability | | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC881 | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ Negotiable Instrument | ☐ 330 Federal Employers' Liability | | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment &Enforcement of Judgment | | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 RR & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| | | ☐ 370 Other Fraud | ☐ 690 Other | ☐ 861 HIA (1395␍) | ☐ 850 Securities/Commodities Exchange |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | **LABOR** | ☐ 862 Black Lung (923) | |
| | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge 12 USC |
| ☐ 160 Stockholders Suits | | | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | | | | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 790 Other Labor Litigation | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 791 Empl. Ret. Inc. | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectmant | ☐ 443 Housing/Accommodations | ☐ 530 General | ☐ Security Act | | |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☒ 550 Civil Rights | | | |

**VI. ORIGIN** (PLACE AN X IN ONE BOX ONLY)

☒ 1 Original Proceeding  ☐ 2 Removal from State Court  ☐ 3 Remanded from Appelate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ 6 Multidistrict Litigation  ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23

DEMAND $

Check YES only if demanded in complaint:
JURY DEMAND: ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See Instructions): JUDGE  Docket Number

DATE  6/6/2008

SIGNATURE OF ATTORNEY OF RECORD
R. Mulley