— THIS FORM MUST BE KEPT CONFIDENTIAL —

982(a)(17)

**ATTORNEY OR PARTY WITHOUT ATTORNEY** (Name, state bar number, and address):
George Leroy Light G03158

TELEPHONE NO.:                    FAX NO.:
ATTORNEY FOR (Name): George Leroy Light
NAME OF COURT: Superior Court of California
STREET ADDRESS: 220 West Broadway
MAILING ADDRESS: San Diego County California
CITY AND ZIP CODE: San Diego California 92112-0128
BRANCH NAME:

PLAINTIFF/ PETITIONER: George Light
DEFENDANT/ RESPONDENT: Joan P Webes Emily Harman Timothy M Cassealy

**APPLICATION FOR WAIVER OF COURT FEES AND COSTS**

2004 1983
FILING FEE PAID
IFP MOTION FILED
  Yes ✓   No
COPIES SENT TO
  Court ✓   Pro Se

**FOR COURT USE ONLY**

FILED
JUN - 6 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

'08 CV 1027 BTM WMc

CASE NUMBER: IVC10851(a)
PC666.5(a) 2 PC 496d

---

I request a court order so that I do not have to pay court fees and costs.
1. a. [✓] I am *not* able to pay any of the court fees and costs.
   b. [ ] I am able to pay *only* the following court fees and costs (specify):

2. My current street or mailing address is (if applicable, include city or town, apartment no., if any, and zip code):

3. My date of birth is (specify):

4. a. My occupation, employer, and employer's address are (specify):

   b. My spouse's occupation, employer, and employer's address are (specify):

5. [ ] I am receiving financial assistance under one or more of the following programs: I'm in CMC
   a. [ ] **SSI and SSP:** Supplemental Security Income and State Supplemental Payments Programs
   b. [ ] **CalWORKs:** California Work Opportunity and Responsibility to Kids Act, implementing TANF, Temporary Assistance for Needy Families (formerly AFDC)
   c. [ ] **Food Stamps:** The Food Stamps Program
   d. [ ] **County Relief, General Relief (G.R.) or General Assistance (G.A.)**

6. If you checked box 5 above, you must check and complete **one or the other box, except if you are a defendant in an unlawful detainer action. Do not check both boxes.**
   a. [ ] (Optional) My social security number is (specify): 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
      [Federal law does not require that you give your social security number. However, if you don't give your social security number, you must check box b and attach documents to verify the benefits checked in item 4.]
   b. [ ] I am attaching documents to verify receipt of the benefits checked in item 5, above.
      [See the Information Sheet on Waiver of Court Fees and Costs, available from the clerk's office, for a list of acceptable documents.]

[If you checked box 5 above, skip items 7 and 8, and sign at the bottom of this side.]

7. [ ] My total gross monthly household income is less than the amount shown on the *Information Sheet on Waiver of Court Fees and Costs* available from the clerk's office.

[If you checked box 7 above, skip item 8, complete items 9, 10a, 10d, 10f, and 10g on the back of this form, and sign at the bottom of this side.]

8. [ ] My income is not enough to pay for the common necessaries of life for me and the people in my family I support and also pay court fees and costs. [If you checked this box you must complete the back of this form.]

**WARNING:** You must immediately tell the court if you become able to pay court fees or costs during this action. You may be ordered to appear in court and answer questions about your ability to pay court fees or costs.

I declare under penalty of perjury under the laws of the State of California that the information on both sides of this form and all attachments are complete, true, and correct.

Date:
5/25/08  George Leroy Light
(TYPE OR PRINT NAME)    (Financial information on reverse)    (SIGNATURE)

Form Adopted by the
Judicial Council of California
982(a)(17) [Rev. January 1, 1999]

**APPLICATION FOR WAIVER OF COURT FEES AND COSTS**
(In Forma Pauperis)

Government Code,
§ 68511.3
Mandatory Form

982(a)(17) (Print 1-01)

| PLAINTIFF/PETITIONER: | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: | |

## FINANCIAL INFORMATION

9. ☐ My pay changes considerably from month to month. **[If you check this box, each of the amounts reported in item 10 should be your average for the past 12 months.]**

10. **MY MONTHLY INCOME**
    a. My gross monthly pay is: .............. $ _____
    b. **My payroll deductions are** *(specify purpose and amount)*:
       (1) _____ $ _____
       (2) _____ $ _____
       (3) _____ $ _____
       (4) _____ $ _____
       My TOTAL payroll deduction amount is: $ _____
    c. My monthly take-home pay is
       (a. minus b.): ..................... $ _____
    d. Other money I get each month is *(specify **source** and **amount**; include spousal support, child support, parental support, support from outside the home, scholarships, retirement or pensions, social security, disability, unemployment, military basic allowance for quarters (BAQ), veterans payments, dividends, interest or royalty, trust income, annuities, net business income, net rental income, reimbursement of job-related expenses, and net gambling or lottery winnings)*:
       (1) _____ $ _____
       (2) _____ $ _____
       (3) _____ $ _____
       (4) _____ $ _____
       The TOTAL amount of other money is: $ _____
       *(If more space is needed, attach page labeled Attachment 10d.)*
    e. **MY TOTAL MONTHLY INCOME IS**
       (c. plus d.): ....................... $ _____
    f. Number of persons living in my home: _____
       Below list all the persons living in your home, including your spouse, who depend in whole or in part on you for support, **or** on whom you depend in whole or in part for support:

       | Name | Age | Relationship | Gross Monthly Income |
       |---|---|---|---|
       | (1) | | | $ |
       | (2) | | | $ |
       | (3) | | | $ |
       | (4) | | | $ |
       | (5) | | | $ |

       The TOTAL amount of other money is: $ _____
       *(If more space is needed, attach page labeled Attachment 10f.)*
    g. **MY TOTAL GROSS MONTHLY HOUSEHOLD INCOME IS**
       (a. plus d. plus f.): ................ $ _____

11. I own or have an interest in the following property:
    a. Cash .......................... $ _____
    b. Checking, savings and credit union accounts *(list banks)*:
       (1) _____ $ _____
       (2) _____ $ _____
       (3) _____ $ _____
       (4) _____ $ _____

    c. Cars, other vehicles, and boats *(list make, year, fair market value (FMV), and loan balance of each)*:

       | Property | FMV | Loan Balance |
       |---|---|---|
       | (1) | $ | $ |
       | (2) | $ | $ |
       | (3) | $ | $ |

    d. Real estate *(list address, estimated fair market value (FMV), and loan balance of each property)*:

       | Property | FMV | Loan Balance |
       |---|---|---|
       | (1) | $ | $ |
       | (2) | $ | $ |
       | (3) | $ | $ |

    e. Other personal property — jewelry, furniture, furs, stocks, bonds, etc. *(list separately)*:
       $ _____

12. **My monthly expenses not already listed in item 10b above are the following:**
    a. Rent or house payment & maintenance $ _____
    b. Food and household supplies ......... $ _____
    c. Utilities and telephone ............ $ _____
    d. Clothing ........................... $ _____
    e. Laundry and cleaning ............... $ _____
    f. Medical and dental payments ........ $ _____
    g. Insurance (life, health, accident, etc.) $ _____
    h. School, child care ................. $ _____
    i. Child, spousal support (prior marriage) $ _____
    j. Transportation and auto expenses
       (insurance, gas, repair) ........... $ _____
    k. Installment payments *(specify **purpose** and **amount**)*:
       (1) _____ $ _____
       (2) _____ $ _____
       (3) _____ $ _____
       The TOTAL amount of monthly
       installment payments is: ........... $ _____
    l. Amounts deducted due to wage assignments and earnings withholding orders: $ _____
    m. Other expenses *(specify)*:
       (1) _____ $ _____
       (2) _____ $ _____
       (3) _____ $ _____
       (4) _____ $ _____
       (5) _____ $ _____
       The TOTAL amount of other monthly
       expenses is: ....................... $ _____
    n. **MY TOTAL MONTHLY EXPENSES ARE**
       (add a. through m.): ............... $ _____

13. Other facts which support this application are *(describe unusual medical needs, expenses for recent family emergencies, or other unusual circumstances or expenses to help the court understand your budget; if more space is needed, attach page labeled Attachment 13)*:

**WARNING: You must immediately tell the court if you become able to pay court fees or costs during this action. You may be ordered to appear in court and answer questions about your ability to pay court fees or costs.**

982(a)(17) [Rev. January 1, 1999]   APPLICATION FOR WAIVER OF COURT FEES AND COSTS   Page two
(In Forma Pauperis)

982(a)(18)

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar number, and address): | FOR COURT USE ONLY |
|---|---|
| George Leroy Light G03158 | |
| TELEPHONE NO.:          FAX NO.: | |
| ATTORNEY FOR (Name): George Leroy Light | |
| NAME OF COURT: Superior Court of California | |
| STREET ADDRESS: 220 West Broadway | |
| MAILING ADDRESS: San Diego County Courthouse P.O. Box 120128 | |
| CITY AND ZIP CODE: San Diego California 92112-0128 | |
| BRANCH NAME: | |

PLAINTIFF/PETITIONER: George Leroy Light

DEFENDANT/RESPONDENT: Joan P. Weber R Watson Emily Harman Timothy M. Casscaly

**ORDER ON APPLICATION FOR WAIVER OF COURT FEES AND COSTS**

CASE NUMBER: VC107381(A) PC66615 2 PC4968

1. The application was filed on (date): ☐ A previous order was issued on (date):
2. The application was filed by (name):
3. ☑ IT IS ORDERED that the application is **granted** ☐ in whole ☑ in part (see Cal. Rules of Court, rule 985).
   a. ☑ **No payments.** Payment of all the fees and costs listed in California Rules of Court, rule 985(i) is waived.
   b. ☐ **The applicant shall pay** all the fees and costs listed in California Rules of Court, rule 985(i), EXCEPT the following:
      (1) ☐ Filing papers.
      (2) ☐ Certification and copying.
      (3) ☐ Issuing process and certification.
      (4) ☐ Transmittal of papers.
      (5) ☐ Court-appointed interpreter (small claims only).
      (6) ☐ Sheriff and marshal fees.
      (7) ☐ Reporter's fees* (valid for 60 days).
      (8) ☐ Telephone appearance (Gov. Code, § 68070.1(c)).
      (9) ☑ Other (specify code section): 69511.3
      * Reporter's fees are per diem pursuant to Code Civ. Proc., §§ 269, 274c, and Gov. Code, §§ 69947, 69948, and 72195.
   c. **Method of payment.** The applicant shall pay all the fees and costs when charged, EXCEPT as follows:
      (1) ☐ Pay (specify):         percent   (2) ☐ Pay: $         per month or more until the balance is paid.
   d. The clerk of the court, county financial officer, or appropriate county officer is authorized to require the litigant to appear before and be examined by the court no sooner than four months from the date of this order, and not more than once in any four-month period. ☐ The applicant is ordered to appear in this court as follows for review of his or her financial status:

   | Date: | Time: | Dept.: | Div.: | Room: |
   |---|---|---|---|---|

   e. ☐ (must be completed if application is granted in part) Reasons for denial of a requested waiver (specify):

   f. ☐ The clerk is directed to mail a copy of this order to the applicant's attorney or to the applicant if unrepresented.
   g. All unpaid fees and costs shall be deemed to be taxable costs if applicant is entitled to costs and shall be a lien on any judgment recovered by the applicant and shall be paid directly to the clerk by the judgment debtor upon such recovery.
4. ☐ IT IS ORDERED that the application is **denied** for the following reasons (specify):

   a. The applicant shall pay any fees and costs due in this action within 10 days from the date of service of this order or any paper filed by the applicant with the clerk will be of no effect.
   b. The clerk is directed to mail a copy of this order to all parties who have appeared in this action.
5. ☐ IT IS ORDERED that a **hearing** be held.
   a. The substantial evidentiary conflict to be resolved by the hearing is (specify):

   b. The applicant should appear in this court at the following hearing to help resolve the conflict:

   | Date: | Time: | Dept.: | Div.: | Room: |
   |---|---|---|---|---|

   c. The address of the court is (specify):
   d. The clerk is directed to mail a copy of this order to the applicant only.

**NOTICE:** If item 3d or item 5b is filled in and the applicant does not attend the hearing, the court may revoke or change the order or deny the application without considering information the applicant wants the court to consider.

**WARNING:** The applicant must immediately tell the court if he or she becomes able to pay court fees or costs during this action. The applicant may be ordered to appear in court and answer questions about his or her ability to pay fees or costs.

Date:                                            (Continued on reverse)                    JUDICIAL OFFICER

Form Adopted by Rule 982
Judicial Council of California
982(a)(18) [Rev. January 1, 1999]

**ORDER ON APPLICATION FOR WAIVER OF COURT FEES AND COSTS (In Forma Pauperis)**

Government Code, § 68511.3;
Cal. Rules of Court, rule 985

PLAINTIFF/PETITIONER (Name):

DEFENDANT/RESPONDENT (Name):

CASE NUMBER:

## CLERK'S CERTIFICATE OF MAILING

I certify that I am not a party to this cause and that a true copy of the foregoing was mailed first class, postage prepaid, in a sealed envelope addressed as shown below, and that the mailing of the foregoing and execution of this certificate occurred at (place): _____, California
on (date):

Clerk, by _____, Deputy

(SEAL)

Date:

### CLERK'S CERTIFICATE

I certify that the foregoing is a true and correct copy of the original on file in my office.

Clerk, by _____, Deputy

982(a)(15) (Rev January 1, 1999)

**ORDER ON APPLICATION FOR WAIVER OF COURT FEES AND COSTS**
(In Forma Pauperis)

Page two

```
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                           CALIFORNIA MENS COLONY
                         INMATE TRUST ACCOUNTING SYSTEM
                         INMATE TRUST ACCOUNT STATEMENT

                  FOR THE PERIOD: NOV. 28, 2007 THRU MAY  28, 2008

ACCOUNT NUMBER : G03158              BED/CELL NUMBER: WFU3320000000019U
ACCOUNT NAME   : LIGHT, GEORGE LEROY   ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                            TRUST ACCOUNT ACTIVITY

      TRAN
DATE  CODE  DESCRIPTION     COMMENT    CHECK NUM  DEPOSITS   WITHDRAWALS   BALANCE
-----  ----  -----------    ---------  ---------  ---------  -----------   -------

11/28/2007  BEGINNING BALANCE                                                0.00

  ACTIVITY FOR 2008
04/02 D320 TRUST FUNDS T 18177/RJD                  1.00                    1.00

                            TRUST ACCOUNT SUMMARY

  BEGINNING      TOTAL       TOTAL      CURRENT      HOLDS     TRANSACTIONS
   BALANCE     DEPOSITS   WITHDRAWALS   BALANCE     BALANCE    TO BE POSTED
  ---------   ---------   -----------   -------    --------    ------------
     0.00       1.00         0.00        1.00        0.00          0.00


                                                    CURRENT
                                                   AVAILABLE
                                                    BALANCE
                                                   ---------
                                                     1.00
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____ 5/28/08
       TRUST OFFICE